# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT STEWART PENROSE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR SECURITIZED TRUST HARBOR VIEW MORTGAGE LOAN TRUST 2005-8, *et al.*,<br><br>Defendants. | Case No.: 3:20-cv-00064-MMD-WGC<br><br>**ORDER**<br><br>Re: ECF No. 16 |

Before the court is Defendants' Motion to Stay Discovery (ECF No. 16). Defendants argue Plaintiff is a "vexatious litigant" who has commenced eight other "nearly identical lawsuits against Defendants." (*Id.* at 2.)

The court notes that three of the eight other lawsuits filed by Plaintiff which have been dismissed were resolved adverse to Plaintiff in the U.S. District Court for the District of Nevada. *See*, *Penrose v. First Magnus Financial Corporation, et al.*, 3:18-cv-00576-MMD-CLB (ECF No. 12), and *Penrose v. First Magnus Corporation, et al.*, 3:18-cv-00276-RCJ-VPC (ECF No. 13). In *Penrose v. Quality Loan Service*, 3:19-cv-00027-MMD-CLB, District Judge Miranda M. Du declared Plaintiff to be a "vexatious litigant." District Judge Du concluded that the finding Plaintiff

1

is a vexatious litigant "serves the aims of conserving the resources of the Court and parties, and to prevent (or limit) abuse of the judicial system . . . ." (ECF No. 16 at 3.)

The court finds that granting Defendants' motion to stay discovery in this matter would similarly conserve the resources of the court and parties and also limit/prevent abuse of the legal system.

Good cause appearing, Defendants' Motion to Stay Discovery (ECF No. 16) is **GRANTED**. Discovery in this matter is **STAYED** pending resolution of Defendants' Motion to Dismiss (ECF No. 7).

**IT IS SO ORDERED.**

DATED: March 17, 2020.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE